UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON CLARK #222915,

    Plaintiff,

v.

                                       Case No. 1:24-CV-1129

                                       Hon. JANE M. BECKERING

DANA NESSEL, et al,

    Defendants.
_____/

## ORDER DENYING MOTION FOR
## APPOINTMENT OF COUNSEL

*Pro se* plaintiff has filed a motion for appointment of counsel (ECF No. 3), which has been referred to the undersigned for disposition. "Appointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." *Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993). No such circumstances exist here. On a practical level, the Court has no funds with which to pay appointed counsel in a civil case and no power to order a civil lawyer to handle such a case *pro bono*. Upon due consideration, the appointment of counsel is not warranted and plaintiff's motion (ECF No. 3) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 30, 2024                /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge