UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON CLARK,

    Plaintiff,

v.

DANA NESSEL, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1129

HON. JANE M. BECKERING

**ORDER**

This is a civil action brought by a *pro se* litigant.  Defendants filed a Motion to Dismiss (ECF No. 12).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 14) on December 29, 2025, recommending that this Court grant the motion and dismiss this lawsuit.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 12) is GRANTED and this lawsuit is DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: February 3, 2026                                              /s/ Jane M. Beckering
                                                                     JANE M. BECKERING
                                                                     United States District Judge